Certificate Number: 12433-CO-DE-009490437

Bankruptcy Case Number: 09-31335

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 5, 2010 , at 9:23 o'clock AM PST ,

Michael Padula completed a course on personal financial

management given by internet and telephone by

Solid Start Financial Education Services, LLC ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado .

Date: January 5, 2010

By /s/Sue Clark

Name Sue Clark

Title Teacher

Certificate Number: 12433-CO-DE-009490438

Bankruptcy Case Number: 09-31335

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 5, 2010_____, at 9:23_____ o'clock AM PST_____,

Natalie Padula_____ completed a course on personal financial

management given by internet and telephone_____ by

Solid Start Financial Education Services, LLC_____,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado_____.

Date: January 5, 2010_____   By   /s/Sue Clark_____

Name   Sue Clark_____

Title   Teacher_____