UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re:                                         )   Bankruptcy No. 09-31335-HRT
                                               )
                                               )
Padula, Hernan A.                              )
Padula, Natalie     Debtor(s).                 )   Adversary No. _____
                                               )
                                               )
                                               )
         Movant(s)/Plaintiff(s),               )
   vs.                                         )
                                               )
                                               )
         Respondent(s)/Defendant(s).           )

**Notice of Change of Address/Entry of Appearance**

Please check one box below that applies to you:

☐ Debtor(s)                    ☒ Attorney for Debtor(s)

☐ Creditor(s)                  ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

__Matt McCune - Debtor's Counsel__
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

__Matt McCune - The McCune Law Firm__
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

__2700 S. Broadway, Ste. 303__
(New Street, Rural Route, or Post Office Box)

__Englewood, CO  80113__
(New City, State, and Zip Code)

_____
(New Telephone Number)

Dated: 03/28/2012   _____
                    (Signature)

_____
(Signature of Spouse, if applicable)

(Attorneys are required to be duly qualified and admitted to practice before this Court.)